UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDRONICO ADAN GONZALEZ, ABIMAEL LUPIAN UTRERA, JOSE OLIVARES LUPIAN and DRC CONTRACTING, LLC., <br><br> Defendant. | Case No. 1:21-cv-00974-DAD-HBK <br><br> ORDER GRANTING MOTION TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM <br><br> ORDER GRANTING LIMITED STAY OF CASE <br><br> ORDER GRANTING MOTION TO EXTEND TIME FOR LIMITED DISCOVERY <br><br> (Doc. No. 74) |

Pending before the Court is Plaintiff Cool Runnings International, Inc.'s and Defendant DRC Contracting, LLC's (hereinafter "the Parties") Stipulation to Elect Referral of Action to the Voluntary Dispute Resolution Program ("VDRP") under Local Rule 271 filed on June 3, 2022.[1] (Doc. No. 74). The Parties express their willingness to participate in early VDRP as it pertains to Counts IV and V of the Complaint, proposes a time frame of September 26, 2022 to October 14, 2022 for an in-person mediation, and desire to choose a mediator form the list of neutrals previously provided by the Court . (*Id*., ¶ 1). The Parties also seek an extension of time to the Case Management and Limited Discovery Order in order to effectively participate in mediation

---

[1] Defendants Gonzalez and Utrera have motions to dismiss pending and did not participate in the conferences concerning early VDRP. (Doc. No. 74 at 2).

under the VDRP. (*Id*., ¶ 2). Specifically, the Parties seek to extend the limited discovery time period "through and including August 31, 2022" but otherwise agree to the limitations outlined in the Court's Preliminary Case Management and Limited Discovery Order. (*Id*.). Finally, the Parties seeks a limited stay of this action with respect to Counts IV and V but request the Court retain jurisdiction for purposes of any discovery disputes. (*Id*.).

Upon review, it appears this case will benefit from participation in the Court's VDRP set forth in Local Rule 271. Consistent with the Parties' stipulation, the Court further grants a limited stay in this case as it pertains to Counts IV and V against DRC and the motion to extend the limited discovery.

Accordingly, it is **ORDERED**:

1. The Parties' stipulation (Doc. No. 74) to refer this case to early VDRP, an extension of time for limited discovery and for a limited stay as to Counts IV and V are GRANTED.

2. Within fourteen (14) days from the date on this Order, the Parties shall initiate participation in the Court's VDRP by contacting the VDRP administrator, Sujean Park, at spark@caed.uscourts.gov, and a file a Notice on the docket confirming same.

3. No later than fourteen (14) days after completion of the VDRP session the Parties shall jointly file their VDRP completion report.

Dated:   June 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc:  Sujean Park

2