UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDRONICO ADAN GONZALEZ, ABIMAEL LUPIAN UTRERA, and DRC CONTRACTING, LLC, <br><br> Defendants. | Case No. 1:21-cv-00974-ADA-HBK <br><br> ORDER GRANTING NOTICE OF REQUEST TO SEAL <br><br> (Doc. No. 86) |

Pending before the Court is Plaintiff's request to seal documents pursuant to Local Rule 141, filed on December 21, 2022. (Doc. No. 86). Defendants did not submit an opposition under Local Rule 141(c).

Pursuant to Local Rule 141(b), Plaintiff requests the Court to seal the documents identified as "Exhibit A" referend in it motion to supplement the record. (Doc. No. 86 at 1). Plaintiff requests that these documents be filed and remain under seal in this Court because Defendants had designated them "confidential." (*Id.* at 2). Defendants in fact produced these documents in discovery and have access to them. (*Id.* at 1-3).

For the reasons stated in Plaintiff's request, primarily that Defendants marked these exhibits confidential and one of the documents were unfiled with the California Secretary of State, the Court finds sealing the exhibits pursuant to the protective order serves a compelling

interest. *See Center for Auto Safety v. Chrysler Group, LLC.*, 809 F.3d 1092, (9th Cir. 2016); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-1180 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003).

Accordingly, it is **ORDERED**:

1. The Court GRANTS Plaintiff's request to seal documents (Doc. No. 86) identified as "Exhibit A" in motion to supplement record (Doc. No. 87).

2. Plaintiff shall provide an electronic copy of the document to be sealed to the Clerk of Court by email to: ApprovedSealed@caed.uscourts.gov, at which time the Clerk of Court will file the documents under seal. *See* Local Rule 141(e)(2)(i).

Dated:   January 6, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE