UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDRONICO ADAN GONZALEZ, ABIMAEL LUPIAN UTRERA, and DRC CONTRACTING, LLC, <br><br> Defendants. | Case No. 1:21-cv-00974-ADA-HBK <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT RECORD <br><br> (Doc. No. 87) |

    Pending before the Court is Plaintiff's motion for leave to supplement record in support of Plaintiff's opposition to the individual defendants' motion to dismiss filed December 21, 2022. (Doc. No. 87).  Defendants did not file an opposition and the time to do so has expired.

    Plaintiff requests to supplement its opposition with documents, identified as "Exhibit A."[1] (*Id*. at 8).  The subject documents were produced by Defendant DRC Contracting during the limited discovery period and were received after briefing on the motion to dismiss was complete. (*Id.* at 3).  Exhibit A consists of a letter from attorney Danny R. Cline, Andronico Adan Gonzalez and Abimael Lupian Utrera at the DRC Business location, providing copies of the formation documents for Defendant DRC, with attachments including Articles of Organization, Operating Agreement, Statement of Information (unfiled and filed versions), and DRC's Application for

---

[1] Plaintiff separately filed a motion to file the documents under seal.  (Doc. No. 86).

1  Employer Identification number.

2      Accordingly, it is **ORDERED**:

3      Plaintiff's motion to supplement record (Doc. No. 87) is GRANTED.

4  Dated:   January 6, 2023

5                            HELENA M. BARCH-KUCHTA
                              UNITED STATES MAGISTRATE JUDGE