UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDRONICO ADAN GONZALEZ, ABIMAEL LUPIAN UTRERA, and DRC CONTRACTING LLC, <br><br> Defendants. | No. 1:21-cv-00974-ADA-HBK <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> (ECF No. 91) |

Plaintiff Cool Runnings International, Inc. ("Plaintiff"), initiated this matter on June 18, 2021, alleging unauthorized access to its computer system and misappropriation of trade secrets against DRC Contracting, three former employees of Cooling Runnings, who are now employees of DRC Contracting: Andronico Adan Gonzalez, Abimael Lupian Utrera, and Jose Olivares Lupian ("Defendants"). (ECF No. 1.) On October 22, 2021, Defendants Andronico Adan Gonzalez and Abimael Lupian Utrera filed a motion to dismiss. (ECF No. 51.) This matter was referred to a United States Magistrate Judge on October 28, 2022. (ECF No. 85.)

On February 21, 2023, the Magistrate Judge filed findings and recommendations, recommending that Defendants Andronico Adan Gonzalez and Abimael Lupian Utrera's motion to quash service or dismiss for lack of jurisdiction be denied. (ECF No. 91.) The findings and recommendations contained notice that objections to the findings and recommendations were to be

filed within fourteen (14) days after service. (ECF No. 91 at 18-19.) Neither party filed objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendation, filed on February 21, 2023, (ECF No. 91), are ADOPTED IN FULL;
2. Defendants Andronico Adan Gonzalez and Abimael Lupian Utrera's motion to dismiss, (ECF No. 51), is DENIED; and
3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: June 5, 2023

UNITED STATES DISTRICT JUDGE