1  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
2  Shane G. Smith, #272630
     *shane.smith@mccormickbarstow.com*
3  Joshua D. Adams, #304244
     *joshua.adams@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
6
   *Attorneys for Defendant*
7  *DRC CONTRACTING, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDRONICO ADAN GONZALEZ, ABIMAEL LUPIAN UTRERA and DRC CONTRACTING, LLC, <br><br> Defendants. | Case No. 1:21-CV-00974-DAD-SCR <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Dale A. Drozd <br> Hon. Sean C. Riordan |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff COOL RUNNINGS INTERNATIONAL, INC. and Defendants ANDRONICO GONZALEZ, ABIMAEL LUPIAN, and DRC CONTACTING, LLC, by and through their counsel of record, jointly stipulate that the present action be voluntarily dismissed *with prejudice*, with each party to pay its own attorneys' fees and costs.

Respectfully submitted,

Dated: September 23, 2024                                         BLUE SKY LAW

By: */s/ Angelina K. Whitaker*
Angelina K. Whitaker
Kerri A. Moerschel

BAKER, MANOCK & JENSEN, PC
Dirk B. Paloutzian
*Attorneys for Plaintiff*
*Cool Runnings International, Inc.*

Dated: September 23, 2024                         McCORMICK, BARSTOW, SHEPPARD,
                                                                          WAYTE & CARRUTH LLP

By: /s/ Shane G. Smith
Shane G. Smith
Joshua D. Adams
*Attorneys for Defendant*
*DRC CONTRACTING, LLC*

Dated: September 23, 2024                         LAW OFFICE OF L. CARMEN RAMIREZ

By: */s/ L. Carmen Ramirez*
L. Carmen Ramirez
*Attorneys for Defendants*
*ANDRONICO ADAN GONZALEZ*
*ABIMAEL LUPIAN UTRERA*

---

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1 -oOo-

## SIGNATURE ATTESTATION

I hereby attest that concurrence has been obtained from Angelina K. Whitaker, counsel for Plaintiff Cool Runnings International, Inc., and from L. Carmen Ramirez, counsel for Andronico Adan Gonzalez and Abimael Lupian Utrera, as indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Shane G. Smith*
Shane G. Smith

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 23, 2024, I served true copies of the following document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Dirk B. Paloutzian, Esq. | Angelina K. Whitaker, Esq. |
| *dpaloutzian@bakermanock.com* | *awhitaker@blueskylaw.com* |
| Baker, Manock & Jensen | D. Barton Black, Esq. |
| 5260 North Palm Avenue, Suite 421 | *bblack@blueskylaw.com* |
| Fresno, CA 93704 | Kerri A. Moerschel, Esq. |
| | *kmoerschel@blueskylaw.com* |
| | Blue Sky Law |
| | 4045 Orchard Road, Building 400 |
| | Smyrna, GA 30080 |
| | |
| | L. Carmen Ramirez, #264593 |
| | *carmen@ksrlawyers.com* |
| | 712 W. 23rd St. |
| | Merced, CA 95340 |
| | Telephone:   (209) 383-0110 |
| | Facsimile:   (209) 383-0210 |
| | *Attorney for Defendants,* |
| | *ANDRONICO ADAN GONZALEZ,* |
| | *ABIMAEL LUPIAN UTRERA* |

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address service is *mbarsotti@mccormickbarstow.com*, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

///

1     Executed on September 23, 2024, at Fresno, California.

2                                           By:    /s/ *Monica Barsotti*

3                                                   Monica Barsotti

4   040049-000000 10033757.2

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE