DIRK B. PALOUTZIAN        SBN #173676
dpaloutzian@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

ANGELINA K. WHITAKER #GA 370141 (Adm. Pro Hac Vice)
awhitaker@blueskylaw.com
D. BARTON BLACK #GA 119977 (Adm. Pro Hac Vice)
bblack@blueskylaw.com
KERRI A. MOERSCHEL SBN #217859
kmoerschel@blueskylaw.com
Blue Sky Law
4045 Orchard Road, Building 400
Smyrna, GA  30080
Telephone:  678-973-4871

Attorneys for   COOL RUNNINGS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL, INC, | Case No. 1:21-cv-00974-DAD-SCR |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO RELEASE BOND AND FOR DISBURSEMENT OF REGISTRY FUNDS** |
| ANDRONICO ADAN GONZALEZ, ABIMAEL LUPIAN UTRERA, and DRC CONTRACTING, LLC. | |
| Defendants. | |

Plaintiff Cool Runnings International, Inc. ("Cool Runnings"), through its counsel of record, hereby requests the release of the $5,000.00 cash bond posted by Cool Runnings on November 24, 2021 in accordance with the Court's Order dated November 16, 2021 (Dkt. No. 59) (the "Bond"). Cool Runnings posted the bond in connection with the Court's grant of Cool Runnings' Motion for Preliminary Injunction filed on July 12, 2021 (Dkt. No. 6). Thereafter, the instant action, in its entirety, was settled by the parties, and a Notice of Settlement was filed on September 19, 2024 (Dkt. No. 104), and a Joint Stipulation of Dismissal with Prejudice was filed

on September 23, 2024 (Dkt. No. 106). The case was then terminated on September 24, 2021 (Dkt. No. 107).

The $5,000.00 bond was paid on behalf of Cool Runnings by Cool Runnings' counsel, Baker Manock & Jensen, P.C. The bond receipt showing the case information, the date and amount of the bond, and the bond remitter is attached hereto as Exhibit A.

Cool Runnings therefore respectfully requests that the Court release the $5,000.00 cash bond posted by Cool Runnings on November 24, 2021 and that the Court order the disbursement of the bond from the Court's Registry.

DATED: December 30, 2024

BLUE SKY LAW

By: /s/ Angelina K. Whitaker
Kerri A. Moerschel
Angelina K. Whitaker
D. Barton Black

BAKER MANOCK & JENSEN, PC
Dirk B. Paloutzian

Attorneys for Plaintiff, COOL RUNNINGS INTERNATIONAL, INC.

# PROOF OF SERVICE

## Case No. 1:21-cv-00974-DAD-DB

**STATE OF GEORGIA, COUNTY OF COBB**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cobb, State of Georgia. My business address is 4045 Orchard Road; Bldg. 400; Atlanta, Georgia 30080.

On December 30, 2024, I served true copies of the following document(s) described as on the interested parties in this action as follows: Plaintiff's Motion to Release Bond and for Disbursement of Registry Funds

Shane Smith, Esq.
McCormick Barstow LLP
7647 N. Fresno Street
Fresno, CA 93720
Shane.Smith@mccormickbarstow.com

L. Carmen Ramirez, Esq
712 W. 23rd Street
Merced, CA 94340
carmen@ksrlawyers.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

Executed on December 30, 2024, at Atlanta, Georgia.

/s/ *Angelina K. Whitaker*
Angelina K. Whitaker