UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOL RUNNINGS INTERNATIONAL INC, <br><br> Plaintiff, <br><br> v. <br><br> ANDRONICO ADAN GONZALEZ, et al., <br><br> Defendants. | No. 1:21-cv-00974-DAD-SCR <br><br> ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISBURSEMENT OF FUNDS <br><br> (Doc. No. 108) |

This matter is before the court on the motion for disbursement of funds pursuant to Local Rule 150(e) and Federal Rule of Civil Procedure 67 filed by plaintiff on December 30, 2024. (Doc. No. 108.) For the reasons discussed below, plaintiff's motion will be granted.

On November 16, 2021, the court issued an order granting plaintiff's motion for a preliminary injunction and requiring plaintiff to post a $5,000 bond. (Doc. No. 59 at 26–27.) The docket in this action reflects that a $5,000 bond was deposited with the registry of the court by plaintiff's counsel, Baker Manock & Jensen, P.C., on November 24, 2021. On September 24, 2024, the court dismissed this action with prejudice pursuant to the parties' stipulation of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 107.)

Plaintiff filed the pending motion on December 30, 2024. (Doc. No. 108.) On June 4, 2025, the court directed defendants to file either an opposition to the pending motion, a notice of

1

non-opposition, or a stipulation signed by all parties pursuant to Local Rule 150(e) by no later than June 13, 2025.  (Doc. No. 109.)  On June 13, 2025, defendants filed a statement of non-opposition to the pending motion.  (Doc. No. 110.)

Local Rule 150(e) provides as follows in relevant part:

> At such time as registry funds are to be disbursed, an order directing the Clerk, which must be clearly entitled "Order to Disburse Funds," shall be presented to the presiding judge before whom the action is pending for approval and signature.  The order must indicate which parties are entitled to principal and any accrued interest.  It must also contain the name and mailing address of the party entitled to said funds . . . .  Funds will only be disbursed after the time for appeal has expired, or upon written stipulation by all parties approved by the court.  A copy of the proposed disbursement order shall be delivered promptly to the Court's financial unit for inspection pursuant to [Local Rule 150(d)].

L.R. 150(e).  Local Rule 150(d) in turn provides:  "Whenever a party seeks a court order for money to be deposited in, or disbursed from, an interest-bearing account, the party shall email a copy of the proposed order to the Court's financial unit, at financial@caed.uscourts.gov, which will inspect the proposed order for proper form and content and compliance with the Rule before signature by the Court."  L.R. 150(d).

The proposed order filed by plaintiff in connection with its pending motion indicates that plaintiff's counsel, Baker Manock & Jensen, P.C., is entitled to the principal of $5,000 and any accrued interest.  (Doc. No. 108-2 at 2.)  That proposed order also contains the name and mailing address of plaintiff's counsel.  (*Id.*)  The court further construes the non-opposition filed by all defendants in this action as a written stipulation satisfying the requirements of Local Rule 150(e).  Finally, plaintiff provided a copy of the proposed disbursement order to the court's financial unit, and the financial unit confirmed that the proposed order complied with Local Rule 150.

Accordingly, the Clerk of the Court is directed to disburse the $5,000 of the preliminary injunction bond funds and any accrued interest to plaintiff's counsel.

IT IS SO ORDERED.

Dated:  **June 16, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2